1  John Burton, State Bar No. 86029
   jb@JohnBurtonLaw.com
2  THE LAW OFFICES OF JOHN BURTON
   4 East Holly Street, Suite 201
3  Pasadena, California  91103
   Telephone: (626) 449-8300/Facsimile: (626) 449-4417
4
   Poupa J. Marashi, Pro Hac Vice
5  Marashi.legal@gmail.com
   THE LAW OFFICE OF POUPA JENNY MARASHI
6  888 Grand Concourse, # 1J
   Bronx, NY  10451
7  Telephone: (917) 703-1742/Facsimile: (718) 585-3044

8  Attorneys for Plaintiff Jonathan Meister

9

10                   **UNITED STATES DISTRICT COURT**

11                   **CENTRAL DISTRICT OF CALIFORNIA**

12  JONATHAN MEISTER,                       Case No. CV 14-1096 MWF (SHx)

13            Plaintiff,                     **JOINT NOTICE OF
                                             SETTLEMENT
14            v.                             DISPOSING OF
                                             ENTIRE ACTION**
15  CITY OF HAWTHORNE,
    HAWTHORNE POLICE
16  DEPARTMENT, JEFFREY SALMON,
    JEFFREY TYSL, ERICA BRISTOW and          **Trial:**
17  MARK HULTGREN,
                                             Date:  October 13, 2015
18            Defendants.                    Time: 8:30 a.m.

19

20

21

22        After mediation on October 1, 2015, Plaintiff and the appropriate representatives

23  for Defendants agreed on a sum certain in settlement of all Plaintiff's claims remaining

24  to be adjudicated. Plaintiff agrees to the gross settlement, agrees to his net share, and

25  agrees to sign a release of liability in favor of all Defendants in standard form and to

26  request dismissal of the action with prejudice. The mediation agreement is binding on

27  Plaintiff, and will be binding on Defendants so long as the necessary board approval

28  takes place on October 7, 2015.

1        Accordingly, the parties respectfully request that the Court vacate the presently

2   calendared trial date of October 13, 2015, at 8:30 a.m., and set the matter for an order

3   to show cause re dismissal on November 30, 2015, as the agreement calls for funding

4   within 45 days of approval. The parties anticipate submitting prior thereto a stipulation

5   pursuant to Fed. R. Civ. P.  41(a)(2) with a proposed order dismissing the entire action

6   with prejudice.

7   Respectfully submitted,

8

9   Dated: October 2, 2015     THE LAW OFFICES OF JOHN BURTON
     THE LAW OFFICE OF POUPA JENNY MARASHI

10

11

12                       /s/ John Burton
     By: _____

13                        John Burton
                       Attorneys for Plaintiff

14

15   Dated: October 2, 2015     CARPENTER, ROTHANS & DUMONT

16

17                      /s/ Mark D. Rutter
     By: _____

18                      Mark D. Rutter
                       Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28